# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00483-CV

### J. R., Appellant

### v.

### The Texas Department of Family and Protective Services, Appellee

## FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
## NO. C-12-0056-CPS, THE HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J.R. filed her notice of appeal on July 8, 2013. Appellant's brief was due August 13, 2013. To date, appellant's brief has not been filed.

Recent amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief no later than September 3, 2013. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on August 16, 2013.

Before Chief Justice Jones, Justices Pemberton and Field